IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-0993-WJM-BNB | Date: August 3, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MEMORYTEN, INC<br>**Plaintiff(s)**<br><br>v.<br><br>LV ADMINISTRATIVE SERVICES, INC<br>LAURUS MASTER FUND, LTD<br>LAURUS CAPITAL MANAGEMENT, LLC<br>VALENS CAPITAL MANAGEMENT, LLC<br>VALENS INVESTMENT ADVISORS, LP<br>SILICON MOUNTAIN HOLDINGS, INC<br>**Defendant(s)** | Jeffrey G. Jacobs<br><br><br><br>*Peter G. Koclanes and Lynda L. Atkins* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 9:27 a.m.

Appearance of counsel.

Each separately represented or pro se party is allowed:
10 depositions not including experts, limited to one day of 7 hours per deposition.
25 interrogatories.
30 requests for production of documents.
30 requests for admissions.

Deadline for joinder of parties and amendment of pleadings is:  September 17, 2012.

Discovery cut-off is**:** February 4, 2013.

The dispositive motion deadline is:  March 6, 2013.

Parties shall designate two or less experts, with no more than one expert per field of expertize, no later than:  November 30, 2012.

Parties shall designate all rebuttal experts no later than:  January 2, 2013.

All written discovery shall be served such that responses are due by the discovery cut off.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Pre-trial Conference set for April 18, 2013 at 9:00 a.m., pretrial order to be submitted on or before April 11, 2013.

Argument presented on Plaintiff's Motion for Leave to Conduct Discovery Limited to the Issue of Personal Jurisdiction [32].

ORDERED:   Motion for Leave to Conduct Discovery Limited to the Issue of Personal Jurisdiction [32] is DENIED as moot and unnecessary. Supplement to Motion to Dismiss may be submitted on or before October 15, 2012.


Court in Recess: 9:59 a.m.     Hearing concluded.     Total time in Court: 00:32

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119