IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-0993-WJM-BNB | Date: December 20, 2012 | |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 | |

| Parties | Attorney(s) |
|---|---|
| MEMORYTEN, INC<br>**Plaintiff(s)**<br><br>v.<br><br>LV ADMINISTRATIVE SERVICES, INC<br>LAURUS MASTER FUND, LTD<br>LAURUS CAPITAL MANAGEMENT, LLC<br>VALENS CAPITAL MANAGEMENT, LLC<br>VALENS INVESTMENT ADVISORS, LP<br>SLICON MOUNTAIN HOLDINGS, INC<br>**Defendant(s)** | *Jeffrey G. Jacobs*<br><br><br><br>*Peter G. Koclanes*<br>*Lynda Atkins* |

**COURTROOM MINUTES**

**MOTION HEARING**

Court in Session: 10:31 a.m.

Appearance of counsel.

Argument presented on [81] Plaintiff Memoryten, Inc.'s Motion for Leave to File a First Amended Complaint.

**ORDERED:   [81] Plaintiff MemoryTen, Inc.'s Motion for Leave to File a First Amended Complaint is GRANTED.**

  **Additional depositions of MemoryTen, Ms. Law, Mr. Olsen, and Mr. Kripalani are to occur in Denver.**

Court in Recess:  11:10 a.m.   Hearing concluded.    Total time in Court:  00:39

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119